Opinion filed March 10,
2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00019-CR

                                                    __________

 

                       DAMANDA
DENISE McCONNELL, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                    On
Appeal from the 54th District Court

 

                                                        McLennan
County, Texas

 

                                                Trial
Court Cause No. 2010-950-C2

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Damanda
Denise McConnell has filed in this court a motion to dismiss her appeal. 
Pursuant to Tex. R. App. P. 42.2, the
motion is signed by both appellant and her counsel.

The
motion is granted, and the appeal is dismissed.

 

March 10, 2011                                                                       PER
CURIAM           

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.